UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA | Case Nos. 04-CR-1064 (S3) (BMC) |
| | 09-CR-772 (BMC) |
| v. | |
| | **APPEARANCE OF COUNSEL** |
| JUAN CARLOS RAMIREZ-ABADIA, | |
| A/K/A CHUPETA | |
| | |
| Defendant. | |

-------------------------------------------------------------X

To: The clerk of court and all parties of record

I am admitted to practice in this court, and I appear in this case as counsel for:

Juan Carlos Ramirez-Abadia, the defendant in the above-captioned matter.


June 23, 2022

/s/ Daniel Charles Richman
Daniel Charles Richman
Attorney at Law
435 W 116th Street
New York, NY 10027
212-854-9370
Drichm@law.columbia.edu
NYS Bar No. 2100386